UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
RHONDA ENTERPRISES S.A.,

                      Plaintiff,

-v-

PROJECTOR S.A., and
PROJECTOR ASIA PTE LTD.,

                      Defendants.
------------------------------------------------------------x

STATEMENT PURSUANT TO FED. R. CIV. P. 7.1

       Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for Plaintiff, RHONDA ENTERPRISES S.A., certifies that there are no corporate parents, subsidiaries, or affiliates of that party, which are publicly held.

Dated: Oyster Bay, New York
       June 4, 2008

                                    CHALOS & CO
                                    Attorneys for Plaintiff
                                    RHONDA ENTERPRISES S.A..

              By: _____
                         George M. Chalos (GC-8693)
                         123 South Street
                         Oyster Bay, New York 11771
                         Tel: (516) 714-4300
                         Fax: (866) 702-4577
                         Email: gmc@chaloslaw.com