UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
RHONDA ENTERPRISES S.A.,

                                                      Plaintiff,          08 CV 5134 (DLC)

-v-

PROJECTOR S.A., and
PROJECTOR ASIA PTE LTD.,
                                                   Defendants.
-----------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

**STATE OF NEW YORK**    )
                                   ) SS.:
**COUNTY OF NASSAU**    )

      Katherine N. Christodoulatos, being duly sworn, deposes and says:

      1.      That she is any employee at Chalos & Co, P.C., counsel of record for Plaintiff herein.

      2.      That deponent is not a party to the action or proceeding, is over eighteen (18) years of age, and resides in Astoria, New York.

      3.      That on June 11, 2008, she served the within Summons, Verified Complaint, Order for issuance of Process of Maritime Attachment and Process of Maritime Attachment, upon:

| | |
|---|---|
| Projector S.A. | Projector Asia Pte Ltd. |
| No. 2 Battery Road | No. 2 Battery Road |
| HEX 22-01 Maybank Tower | HEX 22-01 Maybank Tower |
| Singapore 049907 | Singapore 04997 |

by sending true copies of the above-listed documents in a secure, postpaid courier parcel directed to the above-mentioned parties at the above-listed addresses, that this being the address designated by these defendants for the purpose of receiving proceeding papers, the place where they then kept an office, and where there then was regular communication by courier and mail.

Sworn to before me this
27th day of June 2008

                                                              Katherine N. Christodoulatos

GEORGE M. CHALOS
Notary Public, State of New York
No. 02CH6015898
Qualified in Nassau County
Commission Expires Nov. 9, 2010