```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
RHONDA ENTERPRISES S.A.,                 :
                       Plaintiff,        :
                                         :        08 Civ. 5134 (DLC)
           -v-                           :
                                         :             ORDER
PROJECTOR S.A. and PROJECTOR ASIA PTE LTD., :
                       Defendants.       :
                                         :
---------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/22/08

DENISE COTE, District Judge:

An Order of maritime attachment issued on June 4, 2008. The complaint recited that "[p]ursuant to the terms of the maritime contract" between the parties, "all disputes arising there under are to be submitted to London arbitration with English law to apply." On June 10, 2008, the full amount authorized by the June 4 Order was attached. Plaintiff now seeks a default judgment against the defendants on the ground that they have not answered, moved, or appeared in this action. It is hereby

ORDERED that the June 4 Order of attachment shall be vacated unless the plaintiff files evidence by August 22, 2008, that it has initiated arbitration of this dispute in London.

IT IS FURTHER ORDERED that the request for entry of a default is denied.

SO ORDERED:

Dated:   New York, New York
         July 22, 2008

                              _____
                                      DENISE COTE
                              United States District Judge