```
USDC SDNY
DOCUMENT
ELECTRONIC[ALL]Y F[ILED]
DOC #: _____
DATE FILED: 7/22/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
RHONDA ENTERPRISES S.A.,
       *Plaintiff,*     08 CV 5134 (DLC)

v.

               **ORDER TO SHOW CAUSE**

PROJECTOR S.A., and PROJECTOR
ASIA PTE LTD.,
       *Defendant.*
-------------------------------------------------------------x

    This action was commenced on June 4, 2008, by Plaintiff's filing of the Verified Complaint. The Court issued an Order of Maritime Attachment and Garnishment on June 4, 2008, and Plaintiff subsequently attached certain funds belonging to defendants. On June 11, 2008, immediately after the attachment of the funds, Plaintiff served Defendants PROJECTOR S.A. and PROJECTOR ASIA PTE LTD., with a copy of the Summons and Verified Complaint, along with a Notice of the Attachment. Plaintiff filed the Affidavit of Service on June 27, 2008.

    Plaintiff now moves by an Order to Show Cause for a default judgment against Defendants PROJECTOR S.A. and PROJECTOR ASIA PTE LTD. Because PROJECTOR S.A. and PROJECTOR ASIA PTE LTD. have not answered the Verified Complaint, moved or otherwise appeared in this proceeding, and the time for so doing has long since expired, it is hereby ORDERED that Defendants, PROJECTOR S.A. and PROJECTOR ASIA PTE LTD. show cause before this Court, the United State District Court for the Southern District of New York, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Courtroom 11B, New York, NY 10007-1312, on July __, 2008 at ___ o'clock, why a default judgment should not be issued against them pursuant to Rule 55(b) of the Federal Rules of Civil Procedure. Defendants PROJECTOR S.A. and PROJECTOR ASIA PTE LTD. are hereby advised that to make a proper appearance, they must be represented by legal counsel admitted to practice before

*[Handwritten annotations in margin: "Denied for reasons stated in 7/22/08 order. 7/22/08"]*

this Court. Even if their arguments against attachment ultimately have merit, a default judgment will nevertheless issue if PROJECTOR S.A. and PROJECTOR ASIA PTE LTD. do not make a proper appearance.

It is further ORDERED that Plaintiff shall serve a copy of this Order and the papers on which it is based upon Defendants PROJECTOR S.A. and PROJECTOR ASIA PTE LTD. on or before July __, 2008.

SO ORDERED.

Dated: July _____, 2008
       New York, New York

                                                Honorable Denise L. Cote,
                                                United States District Judge

                                                This document was entered on the docket on

                                                _____.